Case 2:03-cr-00219-CAS Document 189 Filed 10/14/09 Page 1 of 2 Page ID #:323

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 03-219-CAS |
|---|---|---|
| Plaintiff, | ) | SUPERVISED RELEASE |
| v. | ) | REVOCATION & JUDGMENT ORDER |
| MATTHEW LYMAN COLEMAN, | ) | |
| Defendant. | ) | |

On October 13, 2009, this matter came before the Court on a petition to show cause why supervised release should not be revoked filed September 14, 2009. The Government, Jeremy Matz, the defendant and his appointed attorney, Hilary Potashner, Deputy Federal Public Defender, were present. The U.S. Probation Officer, Karl Swanson, was also present.

On October 13, 2009, the defendant admitted to the allegations of the Petition on Probation filed on September 14, 2009.

The Court finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of June 13, 2005.

IT IS THE JUDGMENT OF THE COURT that defendant's supervised release is hereby revoked. Defendant is ordered to the custody of the Bureau of Prisons for a term of four (4) months, with no supervision to follow. The Court hereby recommends that defendant be housed in Southern California, or as close thereto as possible.

1  IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: October 14, 2009

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: _____/S/_____
Catherine M. Jeang, Courtroom Deputy